**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-09203-JPC |
| | § | |
| RAFAEL C REYES | § | |
| NINIAN C REYES | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 05/05/2011, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/08/2011    By:  /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-09203-JPC
§
RAFAEL C REYES §
NINIAN C REYES §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,823.80
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $2,823.80

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,823.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $705.95 | $0.00 | $705.95 |
| David Leibowitz, Trustee Expenses | $3.78 | $0.00 | $3.78 |

Total to be paid for chapter 7 administrative expenses: $709.73
Remaining balance: $2,114.07

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  | Remaining balance: | $2,114.07 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,114.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,614.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | NORDSTROM fsb | $7,043.75 | $0.00 | $406.70 |
| 2 | Discover Bank | $10,648.83 | $0.00 | $614.86 |
| 3 | Discover Bank | $8,796.26 | $0.00 | $507.89 |
| 4 | Chase Bank USA, N.A. | $1,021.10 | $0.00 | $58.96 |
| 5 | TARGET NATIONAL BANK | $1,051.13 | $0.00 | $60.69 |
| 6 | American Express Centurion Bank | $6,750.23 | $0.00 | $389.75 |
| 7 | Chase Bank USA,N.A | $1,302.73 | $0.00 | $75.22 |

|  | Total to be paid to timely general unsecured claims: | $2,114.07 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
```

In re:                                                          Case No. 10-09203-JPC
Rafael C Reyes                                                  Chapter 7
Ninian C Reyes
        Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vwalker              Page 1 of 1                  Date Rcvd: Apr 15, 2011
                              Form ID: pdf006            Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2011.
db/jdb    +Rafael C Reyes,   Ninian C Reyes,   511 Horizon Dr.,   Bartlett, IL 60103-1245
aty       +Kenneth E. Kaiser,   502 N. Plum Grove Road,   Palatine, IL 60067-8204
tr        +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
15202934  +American Express,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
15672394   American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
15202939  +Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
15202940  +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
15202951   Chase -J P Morgan,   PO Box 280180,   Baton Rouge, LA 70826
15546537   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15695177  +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15202944  +Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
15277956   Cook County Treasurer,   118 N LaSalle,   Chicago IL 60602
15202948   Macys,   PO Box 689195,   Des Moines, IA 50368-9195
15202936  +Sears/CBSD,   PO Box 6189,   Sioux Falls, SD 57117-6189
15631301  +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
            SEATTLE, WA 98121-3132
15202945   Target National Bank,   PO Box 59317,   Minneapolis, MN 55459-0317
15202941  +UNVL/Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
15202938  +WFF Cards,   3201 N. 4th Ave.,   Sioux Falls, SD 57104-0700
15202943  +WFFinance,   800 Walnut St.,   Des Moines, IA 50309-3504
15202942  +Wells Fargo,   PO Box 29704,   Phoenix, AZ 85038-9704
15202949   Wells Fargo Auto Finance,   PO Box 60510,   Los Angeles, CA 90060-0510
15202950   Wells Fargo Financial,   PO Box 5943,   Sioux Falls, SD 57117-5943
15202935  +Wells Fargo bank of Nevada,   3300 W. Sahara Ave.,   Las Vegas, NV 89102-3220
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15477758   E-mail/PDF: mrdiscen@discoverfinancial.com Apr 16 2011 00:21:27     Discover Bank,
            Dfs Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
15202937  +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 16 2011 00:21:27     Discover Fin Svcs LLC,
            PO Box 15316,   Wilmington, DE 19850-5316
15202947   E-mail/PDF: cr-bankruptcy@kohls.com Apr 16 2011 00:10:30     Kohls,   PO Box 2983,
            Milwaukee, WI 53201-2983
15476407  +E-mail/Text: bnc@nordstrom.com Apr 15 2011 22:03:28     NORDSTROM fsb,   POB 6566,
            ENGLEWOOD CO 80155-6566
15202946   E-mail/Text: bnc@nordstrom.com Apr 15 2011 22:03:28     Nordstrom Bank,   PO Box 79137,
            Phoenix, AZ 85062-9137
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2011**          **Signature:** *Joseph Speetjens*