**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-09203-JPC |
| | § | |
| RAFAEL C REYES | § | |
| NINIAN C REYES | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $41,863.00 | Assets Exempt: | $29,400.00 |
| Total Distributions to Claimants: | $2,114.21 | Claims Discharged Without Payment: | $101,001.82 |
| Total Expenses of Administration: | $709.73 | | |

3) Total gross receipts of $2,823.94 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,823.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $346,636.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $709.73 | $709.73 | $709.73 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $92,602.00 | $36,614.03 | $36,614.03 | $2,114.21 |
| **Total Disbursements** | $439,238.00 | $37,323.76 | $37,323.76 | $2,823.94 |

4). This case was originally filed under chapter 7 on 03/04/2010. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2011          By:   /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Balance on Debtors' Tax Refund | 1124-000 | $2,823.00 |
| Interest Earned | 1270-000 | $0.94 |
| **TOTAL GROSS RECEIPTS** | | **$2,823.94** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer | 4700-000 | $5,200.00 | NA | $0.00 | $0.00 |
| | Wells Fargo | 4110-000 | $13,976.00 | NA | $0.00 | $0.00 |
| | WF Finance | 4210-000 | $327,460.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$346,636.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $705.95 | $705.95 | $705.95 |
| David Leibowitz, Trustee | 2200-000 | NA | $3.78 | $3.78 | $3.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $709.73 | $709.73 | $709.73 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NORDSTROM | 7100-900 | $7,011.00 | $7,043.75 | $7,043.75 | $406.73 |

**UST Form 101-7-TDR (5/1/2011)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | fsb |  |  |  |  |  |
| 2 | Discover Bank | 7100-900 | $10,453.00 | $10,648.83 | $10,648.83 | $614.90 |
| 3 | Discover Bank | 7100-900 | NA | $8,796.26 | $8,796.26 | $507.92 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $1,021.00 | $1,021.10 | $1,021.10 | $58.96 |
| 5 | TARGET NATIONAL BANK | 7100-900 | $993.00 | $1,051.13 | $1,051.13 | $60.70 |
| 6 | American Express Centurion Bank | 7100-900 | $6,622.00 | $6,750.23 | $6,750.23 | $389.78 |
| 7 | Chase Bank USA,N.A | 7100-900 | NA | $1,302.73 | $1,302.73 | $75.22 |
|  | Bank of America | 7100-000 | $11,431.00 | NA | NA | $0.00 |
|  | Chase/JP Morgan | 7100-000 | $151.00 | NA | NA | $0.00 |
|  | CITI | 7100-000 | $11,157.00 | NA | NA | $0.00 |
|  | Discover | 7100-000 | $7,570.00 | NA | NA | $0.00 |
|  | Kohl's Payment Center | 7100-000 | $1,200.00 | NA | NA | $0.00 |
|  | Macy's | 7100-000 | $2,034.00 | NA | NA | $0.00 |
|  | Sears/CBSD | 7100-000 | $7,264.00 | NA | NA | $0.00 |
|  | UNVL/CITI | 7100-000 | $9,104.00 | NA | NA | $0.00 |
|  | Wells Fargo Financial | 7100-000 | $5,498.00 | NA | NA | $0.00 |
|  | Wells Fargo Financial | 7100-000 | $5,498.00 | NA | NA | $0.00 |
|  | WFF Cards | 7100-000 | $5,595.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $92,602.00 | $36,614.03 | $36,614.03 | $2,114.21 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-09203-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | REYES, RAFAEL C AND REYES, NINIAN C | Date Filed (f) or Converted (c): | 03/04/2010 (f) |
| For the Period Ending: | 8/9/2011 | §341(a) Meeting Date: | 04/21/2010 |
| | | Claims Bar Date: | 07/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Balance on Debtors' Tax Refund | $6,079.00 | $2,823.00 | DA | $2,823.00 | FA |
| 2  Bank of America -Checking Account | $1,744.00 | $0.00 | DA | $0.00 | FA |
| 3  Furniture, Tvs, at Residence - 10 years or older | $3,000.00 | $0.00 | | $0.00 | $3,000.00 |
| 4  Personal Pictures, Nominal Art Pictures | $500.00 | $0.00 | DA | $0.00 | FA |
| 5  Personal Clothing | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 6  Pension Fund -United Church of Christ Pension Board | $16,000.00 | $0.00 | DA | $0.00 | FA |
| 7  Wedding Rings | $500.00 | $500.00 | DA | $0.00 | FA |
| 8  2003 BMW 328xi | $12,540.00 | $0.00 | DA | $0.00 | FA |
| 9  2000 Chrysler Town & Country | $2,500.00 | $100.00 | DA | $0.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $0.94 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$44,863.00    $3,423.00      $2,823.94    $3,000.00

**Major Activities affecting case closing:**

sent email to attorney requesting bank statement 4.18.10
Need accounting of how tax rerfund was spend, need copy of 09 tax return
Amend schedule B
Need copy of bank statements
Motion to extend date in which to object to dischargeability
recvd requested documents
Review claims
TFR completed for Trustee's review.

**Initial Projected Date Of Final Report (TFR):**    05/01/2012      /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**    05/01/2012      DAVID LEIBOWITZ

Case 10-09203  Doc 42  Filed 08/10/11  Entered 08/10/11 14:48:47  Desc Main
Document      Page 6 of 8

**FORM 2**
Page No: 1
Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-09203-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | REYES, RAFAEL C AND REYES, NINIAN C | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2089 | | Checking Acct #: | ******9203 |
| Co-Debtor Taxpayer ID #: | ******2090 | | Account Title: | |
| For Period Beginning: | 3/4/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/06/2011 | | Transfer From: #******9203 | | 9999-000 | $2,823.94 | | $2,823.94 |
| 05/06/2011 | 2001 | David Leibowitz | Trustee Expenses | 2200-000 | | $3.78 | $2,820.16 |
| 05/06/2011 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $705.95 | $2,114.21 |
| 05/06/2011 | 2003 | NORDSTROM fsb | Claim #: 1; Amount Claimed: 7,043.75; Amount Allowed: 7,043.75; Distribution Dividend: 5.77; | 7100-900 | | $406.73 | $1,707.48 |
| 05/06/2011 | 2004 | Discover Bank | Claim #: 2; Amount Claimed: 10,648.83; Amount Allowed: 10,648.83; Distribution Dividend: 5.77; | 7100-900 | | $614.90 | $1,092.58 |
| 05/06/2011 | 2005 | Discover Bank | Claim #: 3; Amount Claimed: 8,796.26; Amount Allowed: 8,796.26; Distribution Dividend: 5.77; | 7100-900 | | $507.92 | $584.66 |
| 05/06/2011 | 2006 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 1,021.10; Amount Allowed: 1,021.10; Distribution Dividend: 5.77; | 7100-900 | | $58.96 | $525.70 |
| 05/06/2011 | 2007 | TARGET NATIONAL BANK | Claim #: 5; Amount Claimed: 1,051.13; Amount Allowed: 1,051.13; Distribution Dividend: 5.77; | 7100-900 | | $60.70 | $465.00 |
| 05/06/2011 | 2008 | American Express Centurion Bank | Claim #: 6; Amount Claimed: 6,750.23; Amount Allowed: 6,750.23; Distribution Dividend: 5.77; | 7100-900 | | $389.78 | $75.22 |
| 05/06/2011 | 2009 | Chase Bank USA,N.A | Claim #: 7; Amount Claimed: 1,302.73; Amount Allowed: 1,302.73; Distribution Dividend: 5.77; | 7100-900 | | $75.22 | $0.00 |
| | | | **TOTALS:** | | $2,823.94 | $2,823.94 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,823.94 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,823.94 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,823.94 | |

**For the period of  3/4/2010  to  8/9/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,823.94 |
| | |
| Total Compensable Disbursements: | $2,823.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $2,823.94 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between  05/06/2011 to  8/9/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,823.94 |
| | |
| Total Compensable Disbursements: | $2,823.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $2,823.94 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Case 10-09203    Doc 42    Filed 08/10/11    Entered 08/10/11 14:48:47    Desc Main
Document    Page 7 of 8

| **Case No.** | 10-09203-JPC | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | REYES, RAFAEL C AND REYES, NINIAN C | | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******2089 | | | **Money Market Acct #:** | ******9203 |
| **Co-Debtor Taxpayer ID #:** | ******2090 | | | **Account Title:** | |
| **For Period Beginning:** | 3/4/2010 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/9/2011 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/02/2010 | (1) | Rafael Reyes & Ninian C. Reyes | | 1124-000 | $2,823.00 | | $2,823.00 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.09 | | $2,823.09 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.12 | | $2,823.21 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.12 | | $2,823.33 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.12 | | $2,823.45 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.12 | | $2,823.57 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.11 | | $2,823.68 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.12 | | $2,823.80 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.12 | | $2,823.92 |
| 05/06/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 5/6/2011 | 1270-000 | $0.02 | | $2,823.94 |
| 05/06/2011 | | Transfer To: #******9203 | | 9999-000 | | $2,823.94 | $0.00 |
| | | | **TOTALS:** | | $2,823.94 | $2,823.94 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,823.94 | |
| | | | **Subtotal** | | $2,823.94 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,823.94 | $0.00 | |

**For the period of 3/4/2010 to 8/9/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,823.94 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,823.94 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,823.94 |

**For the entire history of the account between 09/02/2010 to 8/9/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,823.94 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,823.94 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,823.94 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-09203-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | REYES, RAFAEL C AND REYES, NINIAN C | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2089 | | Money Market Acct #: | ******9203 |
| Co-Debtor Taxpayer ID #: | ******2090 | | Account Title: | |
| For Period Beginning: | 3/4/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,823.94 | $2,823.94 | $0.00 |

**For the period of 3/4/2010 to 8/9/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,823.94 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,823.94 |
| Total Internal/Transfer Receipts: | $2,823.94 |
| | |
| Total Compensable Disbursements: | $2,823.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,823.94 |
| Total Internal/Transfer Disbursements: | $2,823.94 |

**For the entire history of the case between 03/04/2010 to 8/9/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,823.94 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,823.94 |
| Total Internal/Transfer Receipts: | $2,823.94 |
| | |
| Total Compensable Disbursements: | $2,823.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,823.94 |
| Total Internal/Transfer Disbursements: | $2,823.94 |